| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Gateway Development Group, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5109024 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **One Greenwich Office Park South, Ste 350**<br>**Greenwich, CT 06831**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfield**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

| Debtor | **The Gateway Development Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | The Gateway Development Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | Gateway Kensington LLC | Relationship | **Affiliate** | |
| District | Southern District of New York | When **5/14/21** | Case number, if known | **21-22274(RDD)** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
 Contact name _____
 Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **The Gateway Development Group, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | The Gateway Development Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2021**
MM / DD / YYYY

**X /s/ John Fareri**                         **John Fareri**
Signature of authorized representative of debtor     Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Jeffrey A. Reich**                    Date **May 25, 2021**
Signature of attorney for debtor              MM / DD / YYYY

**Jeffrey A. Reich**
Printed name

**Reich Reich & Reich, P.C.**
Firm name

**235 Main Street, Suite 450**
**White Plains, NY 10601-2421**
Number, Street, City, State & ZIP Code

Contact phone **914-949-2126**    Email address **reichlaw@reichpc.com**

**3025509 NY**
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re   **The Gateway Development Group, Inc.**           Case No.
                                          Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 25, 2021**                    **/s/ John Fareri**
                                                     **John Fareri**/**Chief Executive Officer**
                                                     Signer/Title

1162 EAST PUTNAM LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


3030 WESTCHESTER REALTY LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


415 GA ACQUISITION LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


81 HOLLY HILL LANE LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


BERGER HARDWARE
43 NORTH MAIN STREET
PORT CHESTER, NY 10573


DAN'S CARPET TRENDS, LLC
61 ABERDEEN STREET
STAMFORD, CT 06902


EAST HAVEN BUILDERS SUPPLY
PO BOX 120280
EAST HAVEN, CT 06512


GATEWAY KENSINGTON LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


GOSHEN PLAZA ASSOCIATES LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


GREENWICH PREMIER SERVICES CO.
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831

H&W DOOR & HARDWARE, INC.
70 RED SCHOOLHOUSE ROAD
CHESTNUT RIDGE, NY 10977


HINCKLEY ALLEN & SNYDER LLP
20 CHURCH STREET, 18TH FLOOR
HARTFORD, CT 06103


JAMES CARNICELLI, JR.
14 DUNHAM ROAD
SCARSDALE, NY 10583


JOHN FARERI
559 STEAMBOAT ROAD, UNIT A-2
GREENWICH, CT 06830


LEVITT L.P.
ATTN: STEVEN LEVITT, ESQ.
129 FRONT STREET
MINEOLA, NY 11501


MARK MAY'S GARAGE DOOR STORE
1612 MAIN STREET
PEEKSKILL, NY 10566


NORTH 80 LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


OLD TRACK PROPERTIES LLC
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


PASTORE & DAILEY LLC
ATTN: JOSEPH PASTORE III, ESQ.
4 HIGH RIDGE PARK, 3RD FL
STAMFORD, CT 06905


PKF O'CONNOR DAVIES, LLP
300 TICE BOULEVARD, STE 315
WOODCLIFF LAKE, NJ 07677

```
THE STEAMBOAT ROAD PROPERTY
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831


UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711


WB MASON
PO BOX 981101
BOSTON, MA 02298-1101


WESTCHESTER ELECTRICAL SYSTEMS
ONE GREENWICH OFFICE PARK
SOUTH, SUITE 350
GREENWICH, CT 06831
```

# United States Bankruptcy Court
## Southern District of New York

In re **The Gateway Development Group, Inc.**  
Debtor(s)

Case No. _____  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Gateway Development Group, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 25, 2021**  
Date

/s/ Jeffrey A. Reich  
**Jeffrey A. Reich**  
Signature of Attorney or Litigant  
Counsel for **The Gateway Development Group, Inc.**  
**Reich Reich & Reich, P.C.**  
**235 Main Street, Suite 450**  
**White Plains, NY 10601-2421**  
**914-949-2126 Fax:914-949-1604**  
**reichlaw@reichpc.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

| | | |
|---|---|---|
| In re | **The Gateway Development Group, Inc.** | Case No. |
| | Debtor(s) | Chapter **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **15,000.00** |
   | Prior to the filing of this statement I have received | $ **15,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):    Note: personal guaranty from majority shareholder.

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any relief from stay actions or any other adversary proceedings or contested matters.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 25, 2021** | **/s/ Jeffrey A. Reich** |
| Date | **Jeffrey A. Reich** |
| | *Signature of Attorney* |
| | **Reich Reich & Reich, P.C.** |
| | **235 Main Street, Suite 450 White Plains, NY 10601-2421** |
| | **914-949-2126   Fax: 914-949-1604** |
| | **reichlaw@reichpc.com** |
| | *Name of law firm* |