# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :    Chapter 7
                                                            :
THE GATEWAY DEVELOPMENT                                     :    Case No. 21-22304 (RDD)
GROUP, INC.,                                                :
                                                            :
                    Debtor.                                 :
------------------------------------------------------------x

## ORDER AUTHORIZING THE TRUSTEE TO RETAIN
## ZEISLER & ZEISLER, P.C. AS HIS SPECIAL COUNSEL

Upon the application dated June 2, 2021 (the "Application") of Howard P. Magaliff, the chapter 7 interim trustee (the "Trustee") of the estate of the debtor herein (the "Debtor"), for authority to retain the law firm of Zeisler & Zeisler, P.C. ("Z&Z") as his special counsel in connection with the Connecticut Action (as defined in the Application), including as such Action may be removed, pursuant to sections 327(a) and (d) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1; and upon the accompanying Affidavit of Matthew K. Beatman submitted in compliance with the Local Rules of this Court; and it appearing that Z&Z is disinterested within the meaning of section 101(14) of the Bankruptcy Cod, that Z&Z does not hold or represent any interest adverse to the Debtor or the estate, and that its retention is necessary and in the best interests of the estate; and notice being adequate and sufficient; and the United States Trustee having no objection to the entry of this Order; and sufficient cause appearing, it is

**ORDERED** that the Application is granted as set forth herein; and it is further

**ORDERED** that, pursuant to 11 U.S.C. §§ 327(a) and (d), the Trustee is authorized to retain the law firm of Zeisler & Zeisler, P.C. as his special counsel in this case with respect to the matters described in the Application, effective as of June 1, 2021; and it is further

{00035624v1 }

**ORDERED** that the compensation and reimbursement of expenses of Z&Z shall be sought upon, and paid only upon an order granting, a proper application pursuant to sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules and fee and expense guidelines and orders of this Court; and it is further

**ORDERED** that Z&Z shall advise the Trustee, the Court and the United States Trustee in writing of any rate change applicable to its services in this case during the course of this engagement; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED** that if there is any inconsistency between the terms of this Order, the Application, and the supporting Affidavit, the terms of this Order shall govern.

Dated:   White Plains, New York
         June 3, 2021

/s/Robert D. Drain
The Honorable Robert D. Drain
United States Bankruptcy Judge

**NO OBJECTION:**
William K. Harrington
United States Trustee
By:

/s/ Paul Schwartzberg
Paul Schwartzberg, Trial Attorney
Dated:  June 2, 2021