UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                                  Chapter 7

THE GATEWAY DEVELOPMENT GROUP, INC.,       Case No. 21-22304 (RDD)

                                                     Debtor.

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR**
**SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE,** that Carlos J. Cuevas, Esq. hereby appears as counsel to party-in-interest and secured creditor Westchester Stucco, Inc. in the above captioned bankruptcy case (the "Bankruptcy Case"), requests that, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 3017, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and any other rules or sections of the Bankruptcy Code, Bankruptcy Rules as may be applicable in this case, all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon:

                              Carlos J. Cuevas, Esq.
                              1250 Central Park Avenue
                              Yonkers, New York 10704
                              Tel. No. 914.964.7060
                              Fax No. 914.423.6117
                              Email ccuevas576@aol.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices, pleadings, and orders referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, courier delivery, telephone, facsimile, telex, electronic means, or otherwise, which affects the above-captioned estate's property and the administration of the Debtor's Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE**, that neither this notice nor any subsequent appearance (by pleading or otherwise) nor any participation in or in connection with this case is intended to waive: (i) the right to have final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in a case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defense, setoffs, or recoupments, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE**, that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings, or other proceedings in this case.

Dated: Yonkers, New York
      June 16, 2021

                                    CARLOS J. CUEVAS, ESQ.
                                    Attorney for Westchester Stucco, Inc.

                                By:<u>*/s/ Carlos J. Cuevas*</u>
                                    Carlos J. Cuevas
                                    1250 Central Park Avenue
                                    Yonkers, New York 10704
                                    Tel. No. 914.964.7060
                                    Fax No. 914.423.6117
                                    Email ccuevas576@aol.com