Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851

*Attorneys for Howard P. Magaliff, Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re: : Chapter 7
 :
THE GATEWAY DEVELOPMENT : Case No. 21-22304 (RDD)
GROUP, INC., :
 :
 Debtor. :
---------------------------------------------------------------x

## NOTICE OF SALE OF ASSETS PURSUANT TO LOCAL BANKRUPTCY RULE 6004-1(a)

**PLEASE TAKE NOTICE** that, on July 6, 2021 at 9:00 A.M., at 1110 South Avenue, Suite 61, Staten Island, NY, MYC & Associate, Inc., as the court-appointed liquidator for Howard P. Magaliff, the chapter 7 trustee for the bankruptcy estate of The Gateway Development Group, Inc. (the "Debtor") will sell the Debtor's assets on the attached Schedule A (the "Assets") to IVIS Auto Group, 164 East Prospect Street, South River, NJ 08884 (the "Purchaser") in a private sale for the price of $8,500. The Purchaser will take possession of the Assets as soon as practicable thereafter at the premises where they are located and remove them at its own cost and expense.

Dated: New York, New York
 June 28, 2021

                                      RICH MICHAELSON MAGALIFF, LLP
                                      Attorneys for the Trustee
                                      By:

                                      /s/ Howard P. Magaliff
                                      HOWARD P. MAGALIFF
                                      335 Madison Avenue, 9th Floor
                                      New York, NY 10017
                                      646.453.7851
                                      *hmagaliff@r3mlaw.com*

# SCHEDULE A – ASSETS

2003 Ford E350
VIN: 1FTSE34L33HC00747

2003 Ford F150
VIN: 2FTRF18W13CA23255

2002 Chevrolet Silverado 2500
VIN: 1GCHK24U42E132271

2002 Chevrolet Silverado 2500
VIN: 1GCHK24162E154455

2005 JLG 60' Lift
Model 600AJ
Serial # 0300087305