UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

The Gateway Development Group, Inc.            Chapter 7
                                                Case No. 21-22304 (RDD)
        Debtor.
------------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE,** that the Motion to Dismiss currently scheduled to be heard on July 12, 2021, at 10:00 AM, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, White Plains Division, via **Zoom for Government** have been adjourned until **August 6, 2021, at 10:00 AM** at the same location:

**PLEASE TAKE FURTHER NOTICE**, **that in light of the COVD-19 pandemic, pursuant to SDNY General Order M-543, all hearings will be conducted telephonically pending further order of this Court. Parties that wish to appear at the hearing must register with CourtSolutions at https://www/court-solutions.com. CourtSolutions telephonic appearance instructions can be found in General Order M-543. Parties are advised to check the Court Calendar the day before for updated call in times.**

Dated: Stamford, Connecticut
      July 9, 2021                      PASTORE & DAILEY, LLC

                                 By:    */s/ Joseph M. Pastore*
                                          Joseph M. Pastore III, Esq. (SDNY1717)
                                          Melissa Rose McClammy, Esq.
                                          4 High Ridge Park, Third Floor
                                          Stamford, Connecticut 06905
                                          Tel: (203) 658-8454
                                          *    *    *    *
                                          420 Lexington Avenue, Third Floor
                                          New York, New York 10170
                                          Tel: (845) 667-5711
                                          jpastore@psdlaw.net

DAVIDOFF HUTCHER & CITRON, LLP

By: */s/ Robert L. Rattet*
Robert L. Rattet, Esq.
James B. Glucksman, Esq.
120 Bloomingdale Road
White Plains, New York 10605
Tel: (914) 381-7400
rlr@dhclegal.com
jbg@dhclegal.com

LEVITT LLP

By: */s/ Steven L. Levitt*
Steven L. Levitt, Esq.
Trevor M. Gomberg, Esq.
129 Front Street
Mineola, New York 11501
Tel: (516) 248-9700
slevitt@levittlawllp.com
tgomberg@levittlawllp.com

*Counsel for James Carnicelli, Jr.*