**DAVIDOFF HUTCHER & CITRON LLP**
*Attorneys for* James Carnicelli, Jr.
605 Third Avenue
New York, NY 10158
(212) 557-7200
Robert L. Rattet, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                      :

In re:                                            :    Chapter 7

THE GATEWAY DEVELOPMENT GROUP, INC.,  :    Case No.: 21-22304 (RDD)

            Debtor.                                  :

------------------------------------- x

## STATEMENT WITHDRAWING MOTION TO DISMISS WITHOUT PREJUDICE

**TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:**

      **PLEASE TAKE NOTICE,** that James Carnicelli, Jr. withdraws the Motion to Dismiss this Chapter 7 case without prejudice (ECF Document Nos. 17, 19 and 23).

Dated: New York, New York
       July 16, 2021

                                     DAVIDOFF HUTCHER & CITRON LLP

                                     By: */s/ Robert L. Rattet*
                                         Robert L. Rattet
                                     605 Third Avenue
                                     New York, New York 10158
                                     (212) 557-7200
                                     rlr@dhclegal.com

                                     *Attorneys for James Carnicelli Jr.*