# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>1162 EAST PUTNAM LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Over funding of project and claim for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$45,810.81** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>3030 WESTCHESTER REALTY LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$59,830.62** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>415 GA ACQUISITION LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Over funding of project and claims for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$87,424.19** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>415 GA ACQUISITION LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claim for construction management fees pursuant to Arbitration Award**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$120,000.00** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BERGER HARDWARE**<br>**43 NORTH MAIN STREET**<br>**PORT CHESTER, NY 10573**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3928** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $13.95 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BURNS CONSTRUCTION CO., INC.**<br>**300 SPERRY AVENUE**<br>**STRATFORD, CT 06615**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2980** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,211.15 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CAINE & WEINER**<br>**338 HARRIS HILL ROAD #206**<br>**BUFFALO, NY 14221**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4730** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection agency for Otis Elevator Company**<br><br>**NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**CONN-PROFESSIONAL WATER SERVICES, LLC**<br>**70 NEW HAVEN ROAD**<br>**SEYMOUR, CT 06483**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3471** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,135.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**DAN'S CARPET TRENDS, LLC**<br>**61 ABERDEEN STREET**<br>**STAMFORD, CT 06902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1043** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $684.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**DESIGN GLASS & MIRROR LLC**<br>**404 W. PUTNAM AVENUE**<br>**GREENWICH, CT 06830**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4120** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Construction services and materials**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $131,824.69 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**EAST HAVEN BUILDERS SUPPLY**<br>**PO BOX 120280**<br>**EAST HAVEN, CT 06512**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0476** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Construction services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $300.42 |

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>FOLEY'S PUMP SERVICE, INC.<br>30 MIRY BROOK ROAD<br>DANBURY, CT 06810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **3887** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services rendered**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,371.55** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>GATEWAY KENSINGTON LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Possible claim for construction work that was warrantied by the Debtor and for which claims have been asserted and other possible claims that are subject to investigation.**<br><br>Is the claim subject to offset?  ☐ No   ■ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>GATEWAY KENSINGTON LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Excess billing related to staff and labor**<br><br>Is the claim subject to offset?  ☐ No   ■ Yes | **$862,750.12** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>GOSHEN PLAZA ASSOCIATES LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Claims for excess billing**<br><br>Is the claim subject to offset?  ☐ No   ■ Yes | **$32,554.92** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>GREENWICH PREMIER SERVICES<br>2 DEARFIELD DRIVE, SUITE 3<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Unpaid rent and unpaid office related expenses**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$171,605.91** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>H&W DOOR & HARDWARE, INC.<br>70 RED SCHOOLHOUSE ROAD<br>CHESTNUT RIDGE, NY 10977<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **1687** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$448.67** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>HINCKLEY ALLEN & SNYDER LLP<br>20 CHURCH STREET, 18TH FLOOR<br>HARTFORD, CT 06103<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$47,912.37** |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**HOUSE OF WARMTH**<br>**449 DANBURY ROAD**<br>**NEW MILFORD, CT 06776**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **7070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $1,813.73 |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**ILEX ARCHITECTURAL LIGHTING**<br>**82 STEVENS STREET**<br>**EAST TAUNTON, MA 02718**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4039** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $720.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**INTERIOR DRYWALL SYSTEMS**<br>**18 CALLAHAN LANE**<br>**EAST HARTFORD, CT 06118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **A1A2** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services rendered**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $300.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**INTERSTATE & LAKELAND LUMBER CORP.**<br>**PO BOX 4297**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $10.67 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**JAMES CARNICELLI, JR.**<br>**14 DUNHAM ROAD**<br>**SCARSDALE, NY 10583**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | Unknown |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**JAMES R. ANDERSON, ESQ.**<br>**600 MAMARONECK AVENUE, STE 400**<br>**HARRISON, NY 10528**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Attorney for Seymour Jean LLC**<br><br>**NOTICE ONLY**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $0.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**JOHN CALOROSSI**<br>**136 ALPINE STREET**<br>**STAMFORD, CT 06901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $500.00 |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>JOHN FARERI<br>559 STEAMBOAT ROAD, UNIT A-2<br>GREENWICH, CT 06830<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>L&A CONSTRUCTION<br>251 SPRING STREET<br>OSSINING, NY 10562<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  269 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Construction services and materials<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,640.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>LEVITT L.P.<br>ATTN: STEVEN LEVITT, ESQ.<br>129 FRONT STREET<br>MINEOLA, NY 11501<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Arbitration award legal fees<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>LUIS MASONRY LLC<br>110 GRASSY PLAIN STREET<br>BETHEL, CT 06801<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,350.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>M.A.R.S. ELECTRIC LLC<br>21 DIAMOND AVENUE<br>BETHEL, CT 06801<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  5568 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Construction services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,423.02** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>MARK MAY'S GARAGE DOOR STORE<br>1612 MAIN STREET<br>PEEKSKILL, NY 10566<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>MILLENIUM STONE LTD<br>1 MILL STREET<br>PORT CHESTER, NY 10573<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  5776 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,700.00** |

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address<br>**MUSE INTERIORS**<br>**215 EAST PUTNAM AVENUE**<br>**COS COB, CT 06807** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$289.81** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **HARG** | Basis for the claim: **Electrical fixtures**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address<br>**NATIONS ROOF**<br>**85 E I-65 SERVICE ROAD SOUTH**<br>**SUITE 300**<br>**MOBILE, AL 36606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$820.72** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **13NY** | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address<br>**OLD TRACK PROPERTIES LLC**<br>**ONE GREENWICH PARK SOUTH**<br>**SUITE 350**<br>**GREENWICH, CT 06831** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$8,794,065.40** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Over funding of project and claims for excess billing**<br>Is the claim subject to offset? ☐ No ■ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address<br>**OTIS ELEVATOR COMPANY**<br>**10 FARM SPRINGS ROAD**<br>**FARMINGTON, CT 06032** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,208.93** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address<br>**PASTORE & DAILEY LLC**<br>**ATTN: JOSEPH PASTORE III, ESQ.**<br>**4 HIGH RIDGE PARK, 3RD FL**<br>**STAMFORD, CT 06905** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Legal fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address<br>**PKF O'CONNOR DAVIES, LLP**<br>**300 TICE BOULEVARD, STE 315**<br>**WOODCLIFF LAKE, NJ 07677** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,750.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Accounting services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address<br>**ROCCIE'S ASPHALT PAVING**<br>**PO BOX 4500**<br>**STAMFORD, CT 06907** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,650.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Landscaping/Pavers**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**ROCCO V. D'ANDREA INC.**<br>**SIX NEIL LANE**<br>**PO BOX 549**<br>**RIVERSIDE, CT 06878**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number **09SQ** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,701.25 |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**SEYMOUR JEAN LLC**<br>**15 KENSINGTON ROAD, UNIT 112**<br>**BRONXVILLE, NY 10708**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Plaintiff in contract civil action**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**STUDIO M DESIGNS**<br>**265 PATRIOT ROAD**<br>**SOUTHBURY, CT 06488**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $450.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**TACONIC HEATING & COOLING CORP**<br>**9 DOGWOOD ROAD**<br>**CORTLANDT MANOR, NY 10567**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number **AIA1** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Construction services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $21,905.50 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**THE RAFFUEL SURETY GROUP**<br>**15 CHAMBERS STREET**<br>**PRINCETON, NJ 08542**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number **2714** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Discharge of mechanics lien bond**<br>**Gateway Kensington LLC**<br>**Lien of Westchester Stucco**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,654.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**THE STEAMBOAT ROAD PROPERTY**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Over funding of project and claims for excess billing**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $236,437.46 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**UNITED RENTALS**<br>**PO BOX 100711**<br>**ATLANTA, GA 30384-0711**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number **5001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $210.04 |

| | | | |
|---|---|---|---|
| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>VIRTUAL MEDIA 3D<br>87, RUE MAURICE-AVELINE, STE 4<br>SAINTE-ADELE, QUEBEC<br>J8B 2M8, CANADA | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,100.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  561 | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>VITOLITE ELECTRIC SALES CO.<br>24 KING STREET<br>PORT CHESTER, NY 10573 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$212.96** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  6672 | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>WB MASON<br>PO BOX 981101<br>BOSTON, MA 02298-1101 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$79.53** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:**  Office Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>WELBY BRADY & GREENBLATT LLP<br>11 MARTINE AVENUE, 15TH FLOOR<br>WHITE PLAINS, NY 10601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:**  Legal fees in connection with Westchester Stucco Inc. action | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>WESTCHESTER ELECTRICAL SYSTEMS<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:**  Possible claim for construction work that was warrantied by the Debtor in connection with The Steamboat Road Property. | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☐ No   ■ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>WESTCHESTER ELECTRICAL SYSTEMS<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64,922.42** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:**  Claim for excess billing | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☐ No   ■ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

Debtor  **The Gateway Development Group, Inc.**  Case number (if known)  **21-22304-rdd**
Name

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,792,183.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 10,792,183.81 |

| | | |
|---|---|---|
| Fill in this information to identify the case: | | |
| Debtor name | The Gateway Development Group, Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) | 21-22304-rdd | ☐ Check if this is an amended filing |

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $2,108,194.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | New York State Department of Taxation & Finance | March 16, 2021 | $25.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **2020 NYS tax extension** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Westchester Stucco, Inc. vs. The Gateway Development Group, Inc., Sterling National Bank, Atlantic Specialty Insurance Company, and Titan Concrete Inc.<br>61592/2018 | Foreclosure on Mehanic's Lien | Westchester County Supreme Court<br>111 Dr. Martin Luther King Jr. Blvd<br>White Plains, NY 10601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | James Carnicelli, Jr. derivatively on behalf of The Gateway Development Group, Inc. vs. Gateway Kensington, LLC<br>56060/2021 | Confirmation of Arbitration Award against Gateway Kensington | Westchester County Supreme Court<br>111 Dr. Martin Luther King Jr. Blvd<br>White Plains, NY 10601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | James Carnicelli Jr. vs. John J. Fareri, Julie Fareri, Christopher Sheskier and The Gateway Development Group, Inc. | Civil | Superior Court Judicial District<br>of Stamford/Norwalk at Stamford<br>123 Hoyt Street<br>Stamford, CT 06905 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Seymour Jean LLC, directly and derivatively on behalf of BOARD OF MANAGERS OF VILLABXV CONDOMINIUM vs. Gateway Kensington LLC, The Gateway Development Group, LLC, John J. Fareri, James Carnicelli, Julie Fareri, Neil Deluca, John P. Sullivan and Sullivan Architecture, P.C.**<br>**21-cv-07266(NSR)** | Contract | U.S. District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Reich Reich & Reich, P.C. 235 Main Street, Suite 450 White Plains, NY 10601-2421 | Attorney Fees | May 25, 2021 | $15,000.00 |
| | Email or website address reichlaw@reichpc.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Christopher A. Sheskier, CPA<br>Accounting Solutions, CPA<br>118 Broadway<br>Massapequa Park, NY 11762 | October 2019 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

**Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | John Fareri | 559 Steamboat Road, Unit A-2<br>Greenwich, CT 06830 | Chairman of the Board of Directors, Chief Executive Officer and majority shareholder | 102 shares of stock |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | James Carnicelli, Jr. | 14 Dunham Road<br>Scarsdale, NY 10583 | Minority Shareholder | 98 shares of stock |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | Julie Fareri Zielinski | | Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

    | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
    |---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the parent corporation |
    |---|---|

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 3, 2021**

**/s/ John Fareri**       **John Fareri**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes