Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CONNECTICUT DEPT OF LABOR**<br>**200 FOLLY BROOK BOULEVARD**<br>**WETHERSFIELD, CT 06109**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **2200**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Underpaid unemployment insurance**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $150.00 | $150.00 |
| **2.2** | Priority creditor's name and mailing address<br>**NEW YORK STATE THRUWAY**<br>**VIOLATIONS PROCESSING**<br>**CENTER**<br>**PO BOX 15186**<br>**ALBANY, NY 12212-5186**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **2659**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Violation Numbers T117488168937-00001 & T117488168937-TSURC**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $58.83 | $58.83 |

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**NYS DEPT OF ENVIRONMENTAL CONSERVATION**<br>**PO BOX 784971**<br>**PHILADELPHIA, PA 19178-4971** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.04 | $140.04 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Annual fee** | | |
| | Last 4 digits of account number **4313**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**TOWN OF GREENBURGH**<br>**PO BOX 3002**<br>**GREENWICH, CT 06836-3002** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.33 | $26.33 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**2021 Motor Vehicle Tax for 2003 Ford Econoline** | | |
| | Last 4 digits of account number **4111**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**TOWN OF GREENBURGH**<br>**PO BOX 3002**<br>**GREENWICH, CT 06836-3002** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46.32 | $46.32 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**2019 Motor Vehicle Tax for 2003 Ford Econoline** | | |
| | Last 4 digits of account number **9301**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**TOWN OF GREENBURGH**<br>**PO BOX 3002**<br>**GREENWICH, CT 06836-3002** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.31 | $63.31 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**2021 Motor Vehicle Tax for 2002 Chevrolet Silverado** | | |
| | Last 4 digits of account number **4110**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address<br>**1162 EAST PUTNAM LLC**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Over funding of project and claim for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$45,810.81** |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**3030 WESTCHESTER REALTY LLC**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$59,830.62** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**415 GA ACQUISITION LLC**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Over funding of project and claims for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$87,424.19** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**415 GA ACQUISITION LLC**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claim for construction management fees pursuant to Arbitration Award**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$120,000.00** |
| 3.5 | Nonpriority creditor's name and mailing address<br>**ALTICE USA**<br>**ATTN: SHARED SERVICES**<br>**1111 STEWART AVENUE**<br>**BETHPAGE, NY 11714**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Optimum Internet Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$508.25** |
| 3.6 | Nonpriority creditor's name and mailing address<br>**BERGER HARDWARE**<br>**43 NORTH MAIN STREET**<br>**PORT CHESTER, NY 10573**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3928** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13.95** |
| 3.7 | Nonpriority creditor's name and mailing address<br>**BURNS CONSTRUCTION CO., INC.**<br>**300 SPERRY AVENUE**<br>**STRATFORD, CT 06615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2980** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,211.15** |

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**CAINE & WEINER**<br>**338 HARRIS HILL ROAD #206**<br>**BUFFALO, NY 14221**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4730** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Collection agency for Otis Elevator Company<br><br>**NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**CONN-PROFESSIONAL WATER SERVICES, LLC**<br>**7O NEW HAVEN ROAD**<br>**SEYMOUR, CT 06483**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3471** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services rendered<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $4,135.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**DAN'S CARPET TRENDS, LLC**<br>**61 ABERDEEN STREET**<br>**STAMFORD, CT 06902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1043** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services rendered<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $684.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**DESIGN GLASS & MIRROR LLC**<br>**404 W. PUTNAM AVENUE**<br>**GREENWICH, CT 06830**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Construction services and materials<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $131,824.69 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**EAST HAVEN BUILDERS SUPPLY**<br>**PO BOX 120280**<br>**EAST HAVEN, CT 06512**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0476** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Construction services<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $300.42 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**FOLEY'S PUMP SERVICE, INC.**<br>**30 MIRY BROOK ROAD**<br>**DANBURY, CT 06810**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3887** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services rendered<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $4,371.55 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**GATEWAY KENSINGTON LLC**<br>**ONE GREENWICH OFFICE PARK SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Possible claim for construction work that was warrantied by the Debtor and for which claims have been asserted and other possible claims that are subject to investigation.<br><br>Is the claim subject to offset? ☐ No ■ Yes | | Unknown |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>GATEWAY KENSINGTON LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Excess billing related to staff and labor**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$862,750.12** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>GOSHEN PLAZA ASSOCIATES LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims for excess billing**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$32,554.92** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>GREENWICH PREMIER SERVICES<br>2 DEARFIELD DRIVE, SUITE 3<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unpaid rent and unpaid office related expenses**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$171,605.91** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>H&W DOOR & HARDWARE, INC.<br>70 RED SCHOOLHOUSE ROAD<br>CHESTNUT RIDGE, NY 10977<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1687** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$448.67** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>HINCKLEY ALLEN & SNYDER LLP<br>20 CHURCH STREET, 18TH FLOOR<br>HARTFORD, CT 06103<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$47,912.37** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>HOUSE OF WARMTH<br>449 DANBURY ROAD<br>NEW MILFORD, CT 06776<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **7070** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,813.73** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>ILEX ARCHITECTURAL LIGHTING<br>82 STEVENS STREET<br>EAST TAUNTON, MA 02718<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4039** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$720.00** |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>INTERIOR DRYWALL SYSTEMS<br>18 CALLAHAN LANE<br>EAST HARTFORD, CT 06118<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **A1A2** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services rendered**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$300.00** |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>INTERSTATE & LAKELAND<br>LUMBER CORP.<br>PO BOX 4297<br>GREENWICH, CT 06831<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **9660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10.67** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>JAMES CARNICELLI, JR.<br>14 DUNHAM ROAD<br>SCARSDALE, NY 10583<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>JAMES R. ANDERSON, ESQ.<br>600 MAMARONECK AVENUE, STE 400<br>HARRISON, NY 10528<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Attorney for Seymour Jean LLC**<br><br>**NOTICE ONLY**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>JOHN CALOROSSI<br>136 ALPINE STREET<br>STAMFORD, CT 06901<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$500.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>JOHN FARERI<br>559 STEAMBOAT ROAD, UNIT A-2<br>GREENWICH, CT 06830<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>L&A CONSTRUCTION<br>251 SPRING STREET<br>OSSINING, NY 10562<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **269** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Construction services and materials**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$51,640.00** |

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|

### 3.29 LEVITT L.P.
**Nonpriority creditor's name and mailing address**
LEVITT L.P.
ATTN: STEVEN LEVITT, ESQ.
129 FRONT STREET
MINEOLA, NY 11501

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Arbitration award legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.30
**Nonpriority creditor's name and mailing address**
LUIS MASONRY LLC
110 GRASSY PLAIN STREET
BETHEL, CT 06801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

### 3.31
**Nonpriority creditor's name and mailing address**
M.A.R.S. ELECTRIC LLC
21 DIAMOND AVENUE
BETHEL, CT 06801

Date(s) debt was incurred __
Last 4 digits of account number **5568**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.02**

---

### 3.32
**Nonpriority creditor's name and mailing address**
MARK MAY'S GARAGE DOOR STORE
1612 MAIN STREET
PEEKSKILL, NY 10566

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

### 3.33
**Nonpriority creditor's name and mailing address**
MILLENIUM STONE LTD
1 MILL STREET
PORT CHESTER, NY 10573

Date(s) debt was incurred __
Last 4 digits of account number **5776**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,700.00**

---

### 3.34
**Nonpriority creditor's name and mailing address**
MUSE INTERIORS
215 EAST PUTNAM AVENUE
COS COB, CT 06807

Date(s) debt was incurred __
Last 4 digits of account number **HARG**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrical fixtures**

Is the claim subject to offset? ■ No ☐ Yes

**$289.81**

---

### 3.35
**Nonpriority creditor's name and mailing address**
NATIONS ROOF
85 E I-65 SERVICE ROAD SOUTH
SUITE 300
MOBILE, AL 36606

Date(s) debt was incurred __
Last 4 digits of account number **13NY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$820.72**

| Debtor | The Gateway Development Group, Inc. | Case number (if known) | 21-22304-rdd |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address<br>**OLD TRACK PROPERTIES LLC**<br>**ONE GREENWICH PARK SOUTH**<br>**SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Over funding of project and claims for excess billing__<br>Is the claim subject to offset? ☐ No ■ Yes | $8,794,065.40 |
|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address<br>**OTIS ELEVATOR COMPANY**<br>**10 FARM SPRINGS ROAD**<br>**FARMINGTON, CT 06032**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Services rendered__<br>Is the claim subject to offset? ■ No ☐ Yes | $5,208.93 |
| 3.38 | Nonpriority creditor's name and mailing address<br>**PASTORE & DAILEY LLC**<br>**ATTN: JOSEPH PASTORE III, ESQ.**<br>**4 HIGH RIDGE PARK, 3RD FL**<br>**STAMFORD, CT 06905**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Legal fees__<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.39 | Nonpriority creditor's name and mailing address<br>**PKF O'CONNOR DAVIES, LLP**<br>**300 TICE BOULEVARD, STE 315**<br>**WOODCLIFF LAKE, NJ 07677**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Accounting services__<br>Is the claim subject to offset? ■ No ☐ Yes | $9,750.00 |
| 3.40 | Nonpriority creditor's name and mailing address<br>**ROCCIE'S ASPHALT PAVING**<br>**PO BOX 4500**<br>**STAMFORD, CT 06907**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Landscaping/Pavers__<br>Is the claim subject to offset? ■ No ☐ Yes | $7,650.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>**ROCCO V. D'ANDREA INC.**<br>**SIX NEIL LANE**<br>**PO BOX 549**<br>**RIVERSIDE, CT 06878**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __09SQ__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,701.25 |
| 3.42 | Nonpriority creditor's name and mailing address<br>**SEYMOUR JEAN LLC**<br>**15 KENSINGTON ROAD, UNIT 112**<br>**BRONXVILLE, NY 10708**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Plaintiff in contract civil action__<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**STUDIO M DESIGNS**<br>**265 PATRIOT ROAD**<br>**SOUTHBURY, CT 06488**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services rendered**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $450.00 |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**SUNRISE CREDIT SERVICES INC.**<br>**PO BOX 9100**<br>**FARMINGDALE, NY 11735-9100**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3767** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collection agency for Optimum/Altice**<br><br>**NOTICE ONLY**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**TACONIC HEATING & COOLING CORP**<br>**9 DOGWOOD ROAD**<br>**CORTLANDT MANOR, NY 10567**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **AIA1** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Construction services rendered**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $21,905.50 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**TACONIC HEATING & COOLING CORP**<br>**9 DOGWOOD ROAD**<br>**CORTLANDT MANOR, NY 10567**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **HVAC services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $159,177.11 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**THE RAFFUEL SURETY GROUP**<br>**15 CHAMBERS STREET**<br>**PRINCETON, NJ 08542**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2714** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Discharge of mechanics lien bond**<br>**Gateway Kensington LLC**<br>**Lien of Westchester Stucco**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,654.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**THE STEAMBOAT ROAD PROPERTY**<br>**ONE GREENWICH OFFICE PARK**<br>**SOUTH, SUITE 350**<br>**GREENWICH, CT 06831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Over funding of project and claims for excess billing**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $236,437.46 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**UNITED RENTALS**<br>**PO BOX 100711**<br>**ATLANTA, GA 30384-0711**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $210.04 |

| | | |
|---|---|---|
| Debtor | **The Gateway Development Group, Inc.**<br>Name | Case number (if known)    **21-22304-rdd** |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>VERIZON BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE STE 550<br>WELDON SPRING, MO 63304 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$206.23** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0199** | **Basis for the claim:** **Telephone services**<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>VIRTUAL MEDIA 3D<br>87, RUE MAURICE-AVELINE, STE 4<br>SAINTE-ADELE, QUEBEC<br>J8B 2M8, CANADA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,100.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **561** | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>VITOLITE ELECTRIC SALES CO.<br>24 KING STREET<br>PORT CHESTER, NY 10573 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$212.96** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **6672** | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>WB MASON<br>PO BOX 981101<br>BOSTON, MA 02298-1101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$79.53** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Office Supplies**<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>WELBY BRADY & GREENBLATT LLP<br>11 MARTINE AVENUE, 15TH FLOOR<br>WHITE PLAINS, NY 10601 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Legal fees in connection with Westchester Stucco Inc. action**<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>WESTCHESTER ELECTRICAL SYSTEMS<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Possible claim for construction work that was warrantied by the Debtor in connection with The Steamboat Road Property.**<br>Is the claim subject to offset? ☐ No   ■ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>WESTCHESTER ELECTRICAL SYSTEMS<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64,922.42** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Claim for excess billing**<br>Is the claim subject to offset? ☐ No   ■ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

Debtor  **The Gateway Development Group, Inc.**  Case number (if known)   **21-22304-rdd**
<br>Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 484.83 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,952,075.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 10,952,560.23 |