U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GATEWAY DEVELOPMENT GROUP, INC.  : Chapter 7
: Case No.: 21-22304 (RDD)

    Debtor.

# NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE**, that Johanna G. Zelman, Esq., hereby appears as co-counsel to party-in-interest and interest holder John J. Fareri in the above captioned bankruptcy case (the Bankruptcy Case"), requests that, pursuant to Sections 102(1), 32 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 3017, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy rules"); and any other rules or sections of the Bankruptcy Code, Bankruptcy Rules as may be applicable in this case, all notices given or requests to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon:

FORDHARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Attention: Johanna G. Zelman, Esq.
jzelman@fordharrison.com
Telephone: (860) 740-1361

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices, pleadings and orders referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes

without limitation, any notice, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, courier delivery, telephone, facsimile, telex, electronic means, or otherwise, which affects the above-captioned estate's property and the administration of the Debtor's Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE**, that neither this notice nor any subsequent appearance (by pleading or otherwise) not any participation in or in connection with this case is intended to waive: (i) the right to have final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in a case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defense, setoffs or recoupments, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE**, that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings, or other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above attorney requests to be added to the master mailing list and the ECF/Pacer electronic notice list for the above referenced case.

Dated: Hartford, CT
January 21, 2022

    /s/ Johanna G. Zelman
Johanna G. Zelman
FordHarrison LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Tel #:   860-740-1355
Fax #:  860-578-2075
Email:  jzelman@fordharrison.com

WSACTIVELLP:12504602.1