# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

In re:     The Gateway Development Group Inc          §     Case No. 21-22304-shl
                                                                      §
                                                                      §
Debtor(s)                                                         §
_____

## TRUSTEE'S INTERIM FINAL REPORT (TFR)

The undersigned trustee hereby makes this Interim Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/25/2021. The undersigned trustee was appointed on 05/25/2021.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized the gross receipts of                $    12,772,920.03

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 116,617.96 |
| Bank service fees | 81,408.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $    12,574,893.62 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was 08/30/2021 and the deadline for filing governmental claims was 11/21/2021.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $406,437.60.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $45,270.11, for a total compensation of $45,270.11.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $184.86, for total expenses of $184.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/13/2024                    By:  /s/ Howard P. Magaliff
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**Case Number:** 21-22304 SHL
**Case Name:** The Gateway Development Group Inc

**Period Ending:** 06/13/24

**Trustee:** Howard P. Magaliff
**Filed (f) or Converted (c):** 05/25/21 (f)
**§341(a) Meeting Date:** 06/18/21
**Claims Bar Date:** 08/30/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | The First Bank of Greenwich Checking 0750 | 5,177.35 | 0.00 | | 5,177.35 | FA |
| 2 | The First Bank of Greenwich Checking 6336 | 23,381.88 | 0.00 | | 23,381.88 | FA |
| 3 | The First Bank of Greenwich Checking 6705 | 3,782.16 | 0.00 | | 3,782.16 | FA |
| 4 | The First Bank of Greenwich Checking 6165 | 10,938.49 | 0.00 | | 10,938.49 | FA |
| 5 | The First Bank of Greenwich Checking 6871 | 128,931.54 | 0.00 | | 128,931.54 | FA |
| 6 | The First Bank of Greenwich Checking 0611 | 5,700.48 | 0.00 | | 5,700.48 | FA |
| 7 | The First Bank of Greenwich Checking 6698 | 32,610.35 | 0.00 | | 32,610.35 | FA |
| 8 | 1a. 90 days old or less: 98,507.50 - 0.00 | 98,507.50 | 98,507.50 | | 0.00 | FA |
| 9 | a. 90 days old or less: 613,197.65 - 0.00 | 613,197.65 | 613,197.65 | | 0.00 | FA |
| 10 | 1b. Over 90 days old: 113,057.99 - 0.00 | 113,057.99 | 113,057.99 | | 67,768.09 | 45,289.90 |
| 11 | 2002 Chevrolet Silverado (HD RegularCab 2500 HD - Gray) $0.00<br>Trustee's liquidators sold both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500; listed as asset number 21. | 2,083.00 | 2,083.00 | | 0.00 | FA |
| 12 | 2002 Chevrolet Silverado (HD RegularCab 2500 HD - Green) $0.00<br>Trustee's liquidators sold both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500; listed as asset number 21. | 2,290.00 | 2,290.00 | | 0.00 | FA |
| 13 | 2003 Ford F150 (Regular Cab - White) 0.00<br>Trustee's liquidators sold both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500; listed as asset number 21. | 1,364.00 | 1,364.00 | | 0.00 | FA |
| 14 | 2003 Ford E350 (Super Duty Cargo -Blue)$0.00<br>Trustee's liquidators sold both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500; listed as asset number 21. | 898.00 | 898.00 | | 0.00 | FA |

| Case Number: | 21-22304 SHL | | Trustee: | Howard P. Magaliff |
|---|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | | Filed (f) or Converted (c): | 05/25/21 (f) |
| | | | §341(a) Meeting Date: | 06/18/21 |
| Period Ending: | 06/13/24 | | Claims Bar Date: | 08/30/21 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | 2005 JLG 60ft Boom Lift (600 AJ -Orange)  $0.00 Trustee's liquidators sold both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500; listed as asset number 21. | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 16 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Miscellaneous equipment - see annexed exhibit. $0.00 | 17,793.80 | 17,793.80 | | 0.00 | FA |
| 17 | Causes of action against third parties (whether or not a lawsuit has been filed) Arbitration Award ($12,717,357.00) and Arbitration Award Interest ($1,509,449.00) Arbitration award against Gateway Kensington LLC -value of claim depends on distribution per chapter 11 plan | 14,226,806.00 | 0.00 | | 12,433,384.24 | 1,900,062.14 |
| 18 | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims Counterclaim in Westchester Stucco Inc. action pendingin the Westchester Supreme Court $0.00 Westchester Stucco has allowed claim # 3. | 170,885.00 | 0.00 | | 0.00 | FA |
| 19 | Unliquidated claim for pending litigation withWestchester Electrical Systems Corp $0.00 (Voided) Fareri-related claim, subject to outcome of adversary proceeding with Carnicelli, et al. | Unknown | Unknown | | 0.00 | FA |
| 20 | Loans receivable from officer, James Carnicelli (2019Tax Return provides for $406,034.00) Subject to outcome of litigation with Fareri, et al. | Unknown | 0.00 | | 0.00 | 1.00 |
| 21 | Payment for liquidation of both 2002 Chevrolet Silverados, 2003 Ford F150, 2003 Ford E350 and 2005 JLG 60ft Boom Lift for $8,500. | 14,135.00 | 0.00 | | 8,500.00 | FA |
| 22 | Refund for Overpayment from Eversourse Energy (u) | 0.00 | 0.00 | | 3.04 | FA |
| 23 | Adv. Pro. No. 21-07093; Carnicelli v. Fareri et. al. (u) | 0.00 | 0.00 | | 0.00 | 1.00 |
| 24 | INTEREST (u) | Unknown | N/A | | 52,742.41 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$15,479,040.19** | **$856,691.94** | | **$12,772,920.03** | **$1,945,354.04** |

**Major activities affecting case closing:**

06.11.24: CT litigation is on-going, trial scheduled for June, 2025.

05.17.24: Interim TFR submitted to UST's office.
05.01.24: Trustee reviewing claims in preparation for interim TFR.
04.18.24: Trustee filed motion for authority to retain damages expert, hearing scheduled for 05.22.24 at 10AM.
10.13.23:Judge granted motion to remand in adv. no. 21-07093; trustee waiting for order to be entered.
10.03.23: Trustee received most recent quarterly payment from Gateway Kensington case and continues to monitor payments; motion to remand in adv. no. 21-07093 still pending.
06.12.23: Waiting for chambers re motion to remand in adv. no. 21-07093.
03.15.23: Trustee collecting quarterly payments from Gateway Kensington case.
12.15.22: Trustee in communication with counsel for Gateway Kensington to confirm quarterly payments are made.
11.22.22: Order entered in Carnicelli, Jr. et al v. Sheskier et al. case scheduling discovery conference for 12.14.22.
10.31.22: Hearing for motion to remand in adv. pro. no. 21-07093 scheduled for 12.12.14.22 at 2PM.
09.28.22: Final distribution from Gateway Kensington to be made in early 2025.
06.06.22: Carnicelli mediation held in adversary case.
05.09.22: Trustee's accountants reviewing financial document production.
03.28.22: Chapter 11 plan filed in Gateway Kensington case.
03.20.22: Trustee filed motion to sell 15 Kensington Road, Bronxville, NY.
11.18.21: Order entered authorizing private sale of Debtor's real property.
09.17.21: Trustee administering business, closing utilities and reviewing documents.
06.25.21: Order granted retaining MYC as liquidators to sell assets.
06.24.21: Trustee's office filed application to retain MYC as liquidators.
06.17.21: Order entered authorizing retention of Plotzker & Agarwal CPAs as Trustee's Accountants.
06.17.21: Order entered authorizing retention of Pullman & Comley as Special Counsel.
06.10.21: Trustee filed Adv. Pro case # 21-07093 filed vs. Sheskier & Farreri.
06.10.21: Trustee's office filed application to retain PACPAs as trustee's accountants and application to retain Pullman & Comley, LLC as special counsel and to replace Zeisler & Zeisler.
06.07.21: 341 moved down to 11:30AM, notice sent to all creditors and parties in case.
06.03.21: Order entered granting application to retain Zeisler & Zeisler.
06.02.21: Trustee filed application to retain Zeisler & Zeisler as special counsel.
06.01.21: Order entered granting application to retain R3M.
05.27.21: Trustee's office filed application to retain R3M as Trustee's counsel; letter requesting bar date filed; bar date is 08.30.21.

**Initial Projected Date of Final Report (TFR):** September 30, 2022      **Current Projected Date of Final Report (TFR):** March 31, 2025

| | |
|---|---|
| June 13, 2024 | /s/ Howard P. Magaliff |
| Date | Howard P. Magaliff |

# Form 2
# Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 21-22304 SHL | | | **Trustee:** | Howard P. Magaliff | |
| **Case Name:** | The Gateway Development Group Inc | | | **Bank Name:** | Flagstar Bank, N.A. | |
| | | | | **Account:** | ******1962 - Checking | |
| **Taxpayer ID#:** | **-***9024 | | | **Blanket Bond:** | $73,318,747.00 (per case limit) | |
| **Period Ending:** | 06/13/24 | | | **Separate Bond:** | N/A | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/21 | Asset #2 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 6336 | 1129-000 | 23,381.88 | | 23,381.88 |
| 05/28/21 | Asset #7 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 6698 | 1129-000 | 32,610.35 | | 55,992.23 |
| 05/28/21 | Asset #6 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 0611 | 1129-000 | 5,700.48 | | 61,692.71 |
| 05/28/21 | Asset #4 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 6165 | 1129-000 | 10,938.49 | | 72,631.20 |
| 05/28/21 | Asset #5 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 6871 | 1129-000 | 128,931.54 | | 201,562.74 |
| 05/28/21 | Asset #3 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 6705 | 1129-000 | 3,782.16 | | 205,344.90 |
| 05/28/21 | Asset #1 | The Gateway Development Group, Inc. | Turnover of funds in bank account, The First Bank of Greenwich, Checking 0750 | 1129-000 | 5,177.35 | | 210,522.25 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 326.17 | 210,196.08 |
| 07/13/21 | Asset #10 | Greenwich Premier Services Co. | Payment for A/R for GPS project | 1121-000 | 3,125.81 | | 213,321.89 |
| 07/13/21 | Asset #10 | Greenwich Premier Services Co. | Payment of A/R for A2 The Oneida project | 1121-000 | 375.00 | | 213,696.89 |
| 07/13/21 | Asset #10 | Fareri Associates LP | Payment of A/R | 1121-000 | 36,237.19 | | 249,934.08 |
| 07/13/21 | Asset #10 | Fareri Associates LP | Payment of A/R-Kensington Cove | 1121-000 | 1,959.97 | | 251,894.05 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | | Trustee: | Howard P. Magaliff |
|---|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******1962 - Checking |
| Taxpayer ID#: | **-***9024 | | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/21 | Asset #10 | Wescorp | Payment of A/R-Goshen | 1121-000 | 26,070.12 | | 277,964.17 |
| 07/13/21 | Asset #21 | MYC & Associates, Inc. | Payment from MYC escrow account from sale of vehicles. | 1129-000 | 8,500.00 | | 286,464.17 |
| 07/26/21 | 1001 | International Sureties, Ltd. | Bond Premium #016030120 Period 6/9/21 - 6/19/22 | 2300-000 | | 102.78 | 286,361.39 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 402.08 | 285,959.31 |
| 08/24/21 | 1002 | TSG Reporting, Inc. | Transcript of Sheskier deposition. | 2990-000 | | 1,416.25 | 284,543.06 |
| 08/24/21 | 1003 | Veritext, LLC | Transcript of 341 meeting. | 2990-000 | | 115.20 | 284,427.86 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 488.90 | 283,938.96 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 455.12 | 283,483.84 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 439.21 | 283,044.63 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 483.89 | 282,560.74 |
| 12/15/21 | Asset #22 | CL+P - Distribution dba Eversource Energy | Refund for overpayment from Eversourse Energy. | 1229-000 | 3.04 | | 282,563.78 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 467.97 | 282,095.81 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 467.20 | 281,628.61 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 421.29 | 281,207.32 |

| Case Number: | 21-22304 SHL | | Trustee: | Howard P. Magaliff |
|---|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******1962 - Checking |
| Taxpayer ID#: | **-***9024 | | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 465.73 | 280,741.59 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 456.21 | 280,285.38 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 455.46 | 279,829.92 |
| 06/22/22 | 1004 | International Sureties, Ltd. | Bond Premium - 6/19/22 - 6/19/23 | 2300-000 | | 109.99 | 279,719.93 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 454.71 | 279,265.22 |
| 07/06/22 | Asset #17 | KIRBY AISNER & CURLEY LLP | First plan distribution from Gateway Kensington, LLC | 1129-000 | 2,261,908.82 | | 2,541,174.04 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 3,368.94 | 2,537,805.10 |
| 08/18/22 | 1005 | Pullman & Comley LLC | Interim fees per order dated 8.17.22 | 3210-600 | | 47,228.10 | 2,490,577.00 |
| 08/18/22 | 1006 | Pullman & Comley LLC | Interim expenses per order dated 8.17.22 | 3220-610 | | 420.99 | 2,490,156.01 |
| 08/22/22 | Asset #17 | KIRBY AISNER & CURLEY LLP | Supplemental first plan distribution from Gateway Kensington, LLC | 1129-000 | 356,917.06 | | 2,847,073.07 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 4,261.00 | 2,842,812.07 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 4,619.57 | 2,838,192.50 |
| 10/03/22 | Asset #17 | KIRBY AISNER & CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 502,691.41 | | 3,340,883.91 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,335,602.66 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | Trustee: | Howard P. Magaliff |
|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1962 - Checking |
| Taxpayer ID#: | **-***9024 | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,330,321.41 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,325,040.16 |
| 01/09/23 | Asset #17 | KIRBY AISNER & CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 502,691.41 | | 3,827,731.57 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,822,450.32 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,817,169.07 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 3,811,887.82 |
| 04/13/23 | Asset #17 | KIRBY AISNER & CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 4,898,129.42 | | 8,710,017.24 |
| 04/14/23 | | To Account# XXXXXX6619 | Transfer from account 1962 to 6619 Transfer to interest-bearing money market account. | 9999-000 | | 8,700,000.00 | 10,017.24 |
| 07/19/23 | Asset #17 | KIRBY AISNER CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 2,402,973.27 | | 2,412,990.51 |
| 07/20/23 | | To Account# XXXXXX6619 | Transfer from account 1962 to 6619 Transfer to interest-bearing money market account. | 9999-000 | | 2,352,990.00 | 60,000.51 |
| 07/26/23 | 1007 | Pullman & Comley LLC | 2d interim fees per order 7.26.23 | 3210-600 | | 42,897.00 | 17,103.51 |
| 07/26/23 | 1008 | Pullman & Comley LLC | 2d interim expenses per order 7.26.23 | 3220-610 | | 367.54 | 16,735.97 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | | Trustee: | Howard P. Magaliff |
| Case Name: | The Gateway Development Group Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******1962 - Checking |
| Taxpayer ID#: | **-***9024 | | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/23 | 1009 | International Sureties, Ltd. | Bond premium - 6/19/23 - 6/19/24 | 2300-000 | | 6.00 | 16,729.97 |
| 10/03/23 | Asset #17 | KIRBY AISNER CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 502,690.95 | | 519,420.92 |
| 10/05/23 | | To Account# XXXXXX6619 | Transfer from account 1962 to 6619 | 9999-000 | | 500,000.00 | 19,420.92 |
| 01/11/24 | Asset #17 | KIRBY AISNER CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 502,690.95 | | 522,111.87 |
| 01/12/24 | | To Account# XXXXXX6619 | Transfer from account 1962 to 6619 | 9999-000 | | 500,000.00 | 22,111.87 |
| 04/15/24 | Asset #17 | KIRBY AISNER CURLEY LLP | Quarterly plan distribution from Gateway Kensington, LLC | 1129-000 | 502,690.95 | | 524,802.82 |
| 05/02/24 | | To Account# XXXXXX6619 | | 9999-000 | | 500,000.00 | 24,802.82 |
| 05/09/24 | | Flagstar Bank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 24,802.82 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **12,720,177.62** | **12,720,177.62** | **$0.00** |
| Less: Bank Transfers | 0.00 | 12,577,792.82 | |
| **Subtotal** | **12,720,177.62** | **142,384.80** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,720,177.62** | **$142,384.80** | |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | Trustee: | Howard P. Magaliff |
| Case Name: | The Gateway Development Group Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6619 - Checking |
| Taxpayer ID#: | **-***9024 | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/23 | | From Account# XXXXXX1962 | Transfer from account 1962 to 6619<br>Transfer to interest-bearing money market account. | 9999-000 | 8,700,000.00 | | 8,700,000.00 |
| 04/28/23 | | Flagstar Bank, N.A. | Interest | 1270-000 | 1,215.57 | | 8,701,215.57 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 8,695,934.32 |
| 05/31/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 2,215.91 | | 8,698,150.23 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 8,692,868.98 |
| 06/30/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 2,143.66 | | 8,695,012.64 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 8,689,731.39 |
| 07/20/23 | | From Account# XXXXXX1962 | Transfer from account 1962 to 6619<br>Transfer to interest-bearing money market account. | 9999-000 | 2,352,990.00 | | 11,042,721.39 |
| 07/31/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 2,446.41 | | 11,045,167.80 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 11,039,886.55 |
| 08/30/23 | 100001 | International Sureties, Ltd. | Bond premium - 6/19/23 - 6/19/24 | 2300-000 | | 5,204.11 | 11,034,682.44 |
| 08/31/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 2,813.21 | | 11,037,495.65 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 11,032,214.40 |
| 09/29/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 2,720.72 | | 11,034,935.12 |

| Case Number: | 21-22304 SHL | | | Trustee: | Howard P. Magaliff |
|---|---|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | | | Bank Name: | Flagstar Bank, N.A. |
| | | | | Account: | ******6619 - Checking |
| Taxpayer ID#: | **-***9024 | | | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5,281.25 | 11,029,653.87 |
| 10/05/23 | | From Account# XXXXXX1962 | Transfer from account 1962 to 6619 | 9999-000 | 500,000.00 | | 11,529,653.87 |
| 10/31/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 4,311.91 | | 11,533,965.78 |
| 11/30/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 4,740.93 | | 11,538,706.71 |
| 12/29/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 4,901.01 | | 11,543,607.72 |
| 01/12/24 | | From Account# XXXXXX1962 | Transfer from account 1962 to 6619 | 9999-000 | 500,000.00 | | 12,043,607.72 |
| 01/31/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 5,040.09 | | 12,048,647.81 |
| 02/29/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 4,787.37 | | 12,053,435.18 |
| 03/29/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 5,119.63 | | 12,058,554.81 |
| 04/30/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 4,956.55 | | 12,063,511.36 |
| 05/02/24 | | From Account# XXXXXX1962 | | 9999-000 | 500,000.00 | | 12,563,511.36 |
| 05/09/24 | | Flagstar Bank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 12,563,511.36 | 0.00 |
| 05/10/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 1,370.04 | | 1,370.04 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | Trustee: | Howard P. Magaliff |
|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6619 - Checking |
| Taxpayer ID#: | **-***9024 | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/24 | | Transfer | Transfer balance from account 6619 to 9024 | 9999-000 | | 1,370.04 | 0.00 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **12,601,773.01** | **12,601,773.01** | **$0.00** |
| | Less: Bank Transfers | 12,552,990.00 | 12,564,881.40 | |
| | **Subtotal** | **48,783.01** | **36,891.61** | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$48,783.01** | **$36,891.61** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 21-22304 SHL | | **Trustee:** | Howard P. Magaliff |
| **Case Name:** | The Gateway Development Group Inc | | **Bank Name:** | Webster Bank, NA |
| | | | **Account:** | ****9022 - Checking |
| **Taxpayer ID#:** | **-***9024 | | **Blanket Bond:** | $73,318,747.00 (per case limit) |
| **Period Ending:** | 06/13/24 | | **Separate Bond:** | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/24 | | Webster Bank, NA | Account Opening Deposit Adjustment | 9999-000 | 24,802.82 | | 24,802.82 |
| 05/28/24 | 200001 | James Carnicelli | Reimbursement for CBIZ retainer per order dated 5.24.24 | 2990-000 | | 18,750.00 | 6,052.82 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,802.82 | 18,750.00 | **$6,052.82** |
| Less: Bank Transfers | 24,802.82 | 0.00 | |
| **Subtotal** | **0.00** | **18,750.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$18,750.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-22304 SHL | | Trustee: | Howard P. Magaliff |
|---|---|---|---|---|
| Case Name: | The Gateway Development Group Inc | | Bank Name: | Webster Bank, NA |
| | | | Account: | ****9024 - Money Market |
| Taxpayer ID#: | **-***9024 | | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 06/13/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/24 | | Webster Bank, NA | Account Opening Deposit Adjustment | 9999-000 | 12,563,511.36 | | 12,563,511.36 |
| 05/14/24 | | Transfer | Transfer balance from account 6619 to 9024 | 9999-000 | 1,370.04 | | 12,564,881.40 |
| 05/14/24 | | Webster Bank, N.A. | Bank fee | 2600-000 | | 15.00 | 12,564,866.40 |
| 05/15/24 | | Webster Bank, N.A. | Refund: Bank fee | 2600-000 | | -15.00 | 12,564,881.40 |
| 05/31/24 | | Webster Bank, NA | Interest Credit | 1270-000 | 3,959.40 | | 12,568,840.80 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **12,568,840.80** | **0.00** | **$12,568,840.80** |
| Less: Bank Transfers | 12,564,881.40 | 0.00 | |
| **Subtotal** | **3,959.40** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,959.40** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1962** | **12,720,177.62** | **142,384.80** | **0.00** |
| **Money Market # ******6619** | **48,783.01** | **36,891.61** | **0.00** |
| **Checking # ****9022** | **0.00** | **18,750.00** | **6,052.82** |
| **Money Market # ****9024** | **3,959.40** | **0.00** | **12,568,840.80** |
| | **$12,772,920.03** | **$198,026.41** | **$12,574,893.62** |

# Exhibit C
# Claims Register
### Case: 21-22304-SHL    The Gateway Development Group Inc

Total Proposed Payment: $596,732.18                                        Claims Bar Date: 08/30/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Howard P. Magaliff<br>6 East 43rd Street<br>21st Floor<br>New York, NY 10017<br><br>2100-00  Trustee Compensation, 200 | Admin Ch. 7<br>06/02/24 | | $406,437.60<br>$45,270.11 | $0.00<br>$45,270.11 | $45,270.11 |
| | R3M Law, LLP<br>6 East 43rd Street, 21st Floor<br>New York, NY 10017<br><br>3110-00  Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>08/30/21 | 5.25.21 - 3.31.24 | $0.00<br>$110,828.00 | $0.00<br>$110,828.00 | $110,828.00 |
| | R3M Law, LLP<br>6 East 43rd Street, 21st Floor<br>New York, NY 10017<br><br>3120-00  Attorney for Trustee Expenses (Trustee Firm), 200 | Admin Ch. 7<br>08/30/21 | | $0.00<br>$1,074.96 | $0.00<br>$1,074.96 | $1,074.96 |
| | Vinay Agarwal, CPA, LLC<br>1205 Franklin Avenue, Suite 360<br>Garden City, NY 11530<br><br>3410-00  Accountant for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>08/30/21 | | $0.00<br>$81,490.50 | $0.00<br>$81,490.50 | $81,490.50 |
| | Vinay Agarwal, CPA, LLC<br>1205 Franklin Avenue, Suite 360<br>Garden City, NY 11530<br><br>3420-00  Accountant for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>08/30/21 | | $0.00<br>$442.94 | $0.00<br>$442.94 | $442.94 |
| | Pullman & Comley LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br>3210-60  Special Counsel for Trustee Fees, 200 | Admin Ch. 7<br>08/30/21 | | $292,711.50<br>$292,711.50 | $90,125.10<br>$202,586.40 | $202,586.40 |
| | Pullman & Comley LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br>3220-61  Special Counsel for Trustee Expenses, 200 | Admin Ch. 7<br>08/30/21 | | $1,467.23<br>$1,467.23 | $788.53<br>$678.70 | $678.70 |
| | Howard P. Magaliff<br>6 East 43rd Street, 21st Floor<br>New York, NY 10017<br><br>2200-00  Trustee Expenses, 200 | Admin Ch. 7<br>05/08/24 | Copies for service of NFR: $39.00<br>Postage for service of NFR: $145.86 | $184.86<br>$184.86 | $0.00<br>$184.86 | $184.86 |
| 1 | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300<br><br>7100-00  General Unsecured § 726(a)(2), 200 | Unsecured<br><br>06/02/21 | | $511.68<br><br>$511.68 | $0.00<br><br>$511.68 | $511.68 |

# Exhibit C
# Claims Register
## Case: 21-22304-SHL    The Gateway Development Group Inc

Total Proposed Payment: $596,732.18                                                    Claims Bar Date: 08/30/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany New York 12205-0300 | Priority 06/02/21 | | $1,776.02 $1,776.02 | $0.00 $1,776.02 | $1,776.02 |
| | 5800-00   Claims of Governmental Units, 200 | | | | | |
| 2-2 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured 06/11/21 | | $0.00 $0.00 | $0.00 $0.00 | $0.00 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 3 | Westchester Stucco, Inc. 141 SOUTH MACQUESTEN PARKWAY MOUNT VERNON, NY 10550 | Unsecured 08/03/21 | | $151,888.01 $151,888.01 | $0.00 $151,888.01 | $151,888.01 |
| | | | Mechanic's lien filed against Gateway Kensington, not property owned by the debtor. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 200 | | | | | |
| 4 | JAMES CARNICELLI, JR. 14 DUNHAM ROAD SCARSDALE, NY 10583 | Unsecured 08/26/21 | | $299,014,189.55 $299,014,189.55 | $0.00 $0.00 | $299,014,189.55 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 5 | GATEWAY KENSINGTON LLC ONE GREENWICH OFFICE PARK SOUTH, SUITE 350 GREENWICH, CT 06831 | Unsecured 08/30/21 | | $828,397.93 $828,397.93 | $0.00 $0.00 | $828,397.93 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 6 | GREENWICH PREMIER SERVICES CO. ONE GREENWICH OFFICE PARK SOUTH, SUITE 350 Greenwich, CT 06831 | Unsecured 08/30/21 | | $121,693.20 $121,693.20 | $0.00 $0.00 | $121,693.20 |
| | | | Unpaid office related expenses | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 7 | 2 Dearfield Drive LLC One Greenwich Park South, Suite 350 Greenwich, CT 06831 | Unsecured 08/30/21 | | $11,385.41 $11,385.41 | $0.00 $0.00 | $11,385.41 |
| | | | Unpaid rent expense | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 8 | 415 GA ACQUISITION LLC ONE GREENWICH OFFICE PARK SOUTH, SUITE 350 GREENWICH, CT 06831 | Unsecured 08/30/21 | | $209,847.31 $209,847.31 | $0.00 $0.00 | $209,847.31 |
| | | | Over payment, excess billing, and other claims | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |

# Exhibit C
# Claims Register
## Case: 21-22304-SHL    The Gateway Development Group Inc

Total Proposed Payment: $596,732.18

Claims Bar Date: 08/30/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | 1162 EAST PUTNAM LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT 06831 | Unsecured<br>08/30/21 | | $46,802.31<br>$46,802.31 | $0.00<br>$0.00 | $46,802.31 |
| | | | Overpayment on contrct and claims for excess billing | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 10 | John Fareri<br>One Greenwich Park South, Suite 350<br>Greenwich, CT 06831 | Unsecured<br>08/30/21 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | Unliquidated - loans to the Debtor | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 11 | OLD TRACK PROPERTIES LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>Greenwich, CT 06831 | Unsecured<br>08/30/21 | | $8,810,665.16<br>$8,810,665.16 | $0.00<br>$0.00 | $8,810,665.16 |
| | | | Overpayment on contract and claims for excess billing | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 12 | 3030 WESTCHESTER REALTY LLC<br>ONE GREENWICH OFFICE PARK<br>SOUTH, SUITE 350<br>GREENWICH, CT  06831 | Unsecured<br><br>08/30/21 | | $62,475.51<br><br>$62,475.51 | $0.00<br><br>$0.00 | $62,475.51 |
| | | | Excess billing by Debtor for project staff | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 13 | The Steamboat Road Property LLC<br>One Greenwich Park South, Suite 350<br>Greenwich, CT  06831 | Unsecured<br><br>08/30/21 | | $270,821.71<br><br>$270,821.71 | $0.00<br><br>$0.00 | $270,821.71 |
| | | | Overpayment on contract and claims for excess billing | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 14 | Goshen Plaza LLC<br>One Greenwich Park South, Suite 350<br>Greenwich, CT 06831 | Unsecured<br>08/30/21 | | $33,994.05<br>$33,994.05 | $0.00<br>$0.00 | $33,994.05 |
| | | | Excess bill by Debtor for project staff | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 15 | Westchester Electrical Systems Corp.<br>One Greenwich Park South, Suite 350<br>Greenwich, CT 06831 | Unsecured<br><br>08/30/21 | | $67,792.40<br><br>$67,792.40 | $0.00<br><br>$0.00 | $67,792.40 |
| | | | Warranty work and claims for excess billing | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |

Case Total:  $310,165,710.35     $90,913.63   $310,074,796.72

| | |
|---|---|
| Case No.: | 21-22304-SHL |
| Case Name: | The Gateway Development Group Inc |
| Trustee Name: | Howard P. Magaliff |

**Balance on hand:** $ 12,574,893.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | NONE | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,574,893.62

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Howard P. Magaliff | 45,270.11 | 0.00 | 45,270.11 |
| Trustee, Expenses - Howard P. Magaliff | 184.86 | 0.00 | 184.86 |
| Attorney for Trustee, Fees - R3M Law, LLP | 110,828.00 | 0.00 | 110,828.00 |
| Attorney for Trustee, Expenses - R3M Law, LLP | 1,074.96 | 0.00 | 1,074.96 |
| Accountant for Trustee, Fees - Vinay Agarwal, CPA, LLC | 81,490.50 | 0.00 | 81,490.50 |
| Accountant for Trustee, Expenses - Vinay Agarwal, CPA, LLC | 442.94 | 0.00 | 442.94 |
| Special Counsel for Trustee Fees - Pullman & Comley LLC | 292,711.50 | 90,125.10 | 202,586.40 |
| Special Counsel for Trustee Expenses - Pullman & Comley LLC | 1,467.23 | 788.53 | 678.70 |

Total to be paid for chapter 7 administration expenses: $ 442,556.47
Remaining balance: $ 12,132,337.15

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | NONE | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 12,132,337.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,776.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 1,776.02 | 0.00 | 1,776.02 |

Total to be paid for priority claims:    $    1,776.02
Remaining balance:    $    12,130,561.13

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $309,630,464.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.049 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 511.68 | 0.00 | 511.68 |
| 2-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 3 | Westchester Stucco, Inc. | 151,888.01 | 0.00 | 151,888.01 |
| 4 | JAMES CARNICELLI, JR. | 299,014,189.55 | 0.00 | 0.00 |
| 5 | GATEWAY KENSINGTON LLC | 828,397.93 | 0.00 | 0.00 |
| 6 | GREENWICH PREMIER SERVICES CO. | 121,693.20 | 0.00 | 0.00 |
| 7 | 2 Dearfield Drive LLC | 11,385.41 | 0.00 | 0.00 |
| 8 | 415 GA ACQUISITION LLC | 209,847.31 | 0.00 | 0.00 |
| 9 | 1162 EAST PUTNAM LLC | 46,802.31 | 0.00 | 0.00 |
| 10 | John Fareri | 0.00 | 0.00 | 0.00 |
| 11 | OLD TRACK PROPERTIES LLC | 8,810,665.16 | 0.00 | 0.00 |
| 12 | 3030 WESTCHESTER REALTY LLC | 62,475.51 | 0.00 | 0.00 |
| 13 | The Steamboat Road Property LLC | 270,821.71 | 0.00 | 0.00 |
| 14 | Goshen Plaza LLC | 33,994.05 | 0.00 | 0.00 |
| 15 | Westchester Electrical Systems Corp. | 67,792.40 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    152,399.69
Remaining balance:    $    11,978,161.44

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | |

Total to be paid for tardy general unsecured claims: $        0.00
Remaining balance: $  11,978,161.44

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance: $  11,978,161.44