UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| In re:     The Gateway Development Group Inc | § | Case No. 21-22304-shl |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S INTERIM FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Howard P. Magaliff, trustee of the above styled estate, has filed an Interim Final Report and the trustee and the trustee's professionals have filed interim final fee applications, which are summarized in the attached Summary of Trustee's Interim Final Report and Applications for Compensation.

     The complete Interim Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

         Clerk, U S Bankruptcy Court
         300 Quarropas Street
         White Plains, NY  10601-4140

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Interim Final Report will be held at 10:00 AM on July 16, 2024 before the Honorable Sean H. Lane in Courtroom TBD at the United States Bankruptcy Courthouse located at 300 Quarropas Street, White Plains, New York 10601. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/18/2024         By:   /s/ Howard P. Magaliff
                                                                 Trustee

Howard P. Magaliff
6 East 43rd Street, 21st Floor
New York, NY  10017
(646) 453-7851
hmagaliff@r3mlaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re: The Gateway Development Group Inc § Case No. 21-22304-shl
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S INTERIM FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 14,903,750.94 |
| *and approved disbursements of* | $ | 205,899.97 |
| *leaving a balance on hand of* [1] | $ | 14,697,850.97 |
| **Balance on hand:** | $ | 14,697,850.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,697,850.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Howard P. Magaliff | 45,270.11 | 0.00 | 45,270.11 |
| Trustee, Expenses - Howard P. Magaliff | 184.86 | 0.00 | 184.86 |
| Attorney for Trustee, Fees - R3M Law, LLP | 110,828.00 | 0.00 | 110,828.00 |
| Attorney for Trustee, Expenses - R3M Law, LLP | 1,074.96 | 0.00 | 1,074.96 |
| Accountant for Trustee, Fees - Vinay Agarwal, CPA, LLC | 81,490.50 | 0.00 | 81,490.50 |
| Accountant for Trustee, Expenses - Vinay Agarwal, CPA, LLC | 442.94 | 0.00 | 442.94 |
| Special Counsel for Trustee Fees - Pullman & Comley LLC | 292,711.50 | 90,125.10 | 202,586.40 |
| Special Counsel for Trustee Expenses - Pullman & Comley LLC | 1,467.23 | 788.53 | 678.70 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ 442,556.47 |
|  | Remaining balance: | $ 14,255,294.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

|  | Total to be paid for prior chapter administration expenses: | $ 0.00 |
|  | Remaining balance: | $ 14,255,294.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,776.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 1,776.02 | 0.00 | 1,776.02 |

|  | Total to be paid for priority claims: | $ 1,776.02 |
|  | Remaining balance: | $ 14,253,518.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $309,630,464.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.049 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 511.68 | 0.00 | 511.68 |
| 2-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 3 | Westchester Stucco, Inc. | 151,888.01 | 0.00 | 151,888.01 |
| 4 | JAMES CARNICELLI, JR. | 299,014,189.55 | 0.00 | 0.00 |
| 5 | GATEWAY KENSINGTON LLC | 828,397.93 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | GREENWICH PREMIER SERVICES CO. | 121,693.20 | 0.00 | 0.00 |
| 7 | 2 Dearfield Drive LLC | 11,385.41 | 0.00 | 0.00 |
| 8 | 415 GA ACQUISITION LLC | 209,847.31 | 0.00 | 0.00 |
| 9 | 1162 EAST PUTNAM LLC | 46,802.31 | 0.00 | 0.00 |
| 10 | John Fareri | 0.00 | 0.00 | 0.00 |
| 11 | OLD TRACK PROPERTIES LLC | 8,810,665.16 | 0.00 | 0.00 |
| 12 | 3030 WESTCHESTER REALTY LLC | 62,475.51 | 0.00 | 0.00 |
| 13 | The Steamboat Road Property LLC | 270,821.71 | 0.00 | 0.00 |
| 14 | Goshen Plaza LLC | 33,994.05 | 0.00 | 0.00 |
| 15 | Westchester Electrical Systems Corp. | 67,792.40 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 152,399.69
Remaining balance: $ 14,101,118.79

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 14,101,118.79

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| NONE |
|---|

                                    Total to be paid for subordinated claims:       $          0.00
                                    Remaining balance:       $   14,101,118.79

Prepared By: /s/ Howard P. Magaliff
                   Trustee

Howard P. Magaliff
6 East 43rd Street
21st Floor
New York, NY 10017
(646) 453-7851
hmagaliff@r3mlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**