Howard P. Magaliff, Chapter 7 Trustee
R3M, LLP
6 East 43rd Street, 21st Floor
New York, NY 10017
646.453.7851

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 7
THE GATEWAY DEVELOPMENT GROUP                                    :
INC.,                                                            :  Case No. 21-22304 (SHL)
                                                                 :
                                                                 :
                          Debtor.                                :
---------------------------------------------------------------- x

# CERTIFICATE OF SERVICE

I, Heymi K. Colon, do hereby affirm under penalty of perjury, that on the 20th day of June, 2024, I served a true and correct copy of the *Notice of Trustee's Interim Report and Applications for Compensation and Deadline to Object (NFR)* [Doc. 112] via first class mail upon the persons identified on the creditor matrix maintained by the Clerk of the Bankruptcy Court and all parties that entered a notice of appearance in the above referenced case.

Dated: New York, New York
       June 20, 2024

                                               */s/ Heymi K. Colon*
                                               Heymi K. Colon

4880-4658-0882, v. 1