UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE GATEWAY DEVELOPMENT GROUP, INC., | : | Case No. 21-22304 (SHL) |
| | : | |
| Debtor. | : | |

**ORDER APPROVE SETTLEMENT PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon the motion dated June 8, 2026 (the "Motion") of Howard P. Magaliff (the "Trustee"), the chapter 7 trustee of the estate of The Gateway Development Group, Inc., by his attorneys R3M Law, LLP, for an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving a settlement between and among the Trustee and James Carnicelli, as plaintiffs, and John Fareri, Julie Fareri and Christopher Sheskier, as defendants in the case pending in Connecticut Superior Court entitled *James Carnicelli, Jr. and Howard P. Magaliff, Chapter 7 Trustee v. John J. Fareri, Julie Fareri and Christopher Sheskier*, and adequate and sufficient notice of the Motion having been given to all creditors and parties in interest entitled to receive notice pursuant to Bankruptcy Rule 2002(a)(3) as evidenced by the filed Certificates of Service [ECF docs. 153 and 155]; and the Court having determined that the proposed settlement is fair and equitable, above the lowest point in the range of reasonableness and in the best interests of the estate; and no adverse interest appearing; and no objections having been filed or interposed; and upon the record of the hearing on June 23, 2026, and there being good and sufficient cause, it is

**ORDERED** that, pursuant to Bankruptcy Rule 9019(a), the proposed settlement as set forth in the Motion is approved; and it is further

**ORDERED** that the Settlement Agreement attached as Exhibit 1 to the Motion is approved; and it is further

**ORDERED** that the Trustee is authorized to take the necessary actions and sign any necessary documents to consummate the settlement; and it is further

**ORDERED** that the Court retains jurisdiction to enforce the terms of the settlement and related matters.

Dated: White Plains, New York
June 25, 2026

***/s/ Sean H. Lane***
Hon. Sean H. Lane
United States Bankruptcy Judge