PULLMAN & COMLEY, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203.330.2213
Irve J. Goldman
Kristin B. Mayhew
*Special Litigation Counsel for Howard P. Magaliff, Trustee*

R3M LAW, LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
646.453.7851
Howard P. Magaliff
*Attorneys for Howard P. Magaliff, Trustee*

**Hearing Date/Time: 11/19/26 @ 10:00 a.m.**
**Objection Deadline: 11 /12/26 @ 5:00 PM**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE GATEWAY DEVELOPMENT GROUP, INC., | : | Case No. 21-22304 (SHL) |
| | : | |
| Debtor. | : | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR AN ORDER INTERPRETING AND CONSTRUING SECTION 4.2(b) OF THE COURT-APPROVED SETTLEMENT AGREEMENT AND DETERMINING THAT THE TRUSTEE HAS NOT UNREASONABLY REFUSED MR. CARNICELLI'S COMMENTS TO THE GDG ANNUAL STATEMENTS**

**PLEASE TAKE NOTICE** that a hearing to consider the Trustee's motion for an order interpreting and construing Section 4.2(b) of the Court-Approved Settlement Agreement and determining that the Trustee has not unreasonably refused Mr. Carnicelli's comments to the GDG Annual Statements (the "**Motion**") will be held on November 19, 2026, at 10:00 AM before the Honorable Sean H. Lane, United States Bankruptcy Judge. The hearing will be conducted virtually using Zoom for Government. Parties wishing to appear must register in advance using the Electronic Appearance portal located on the Court's website at *http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the motion and proposed sale, if any, must be in writing, conform to the Federal Rules of Bankruptcy Procedure and be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered to Chambers), and be served by email upon (i) Irve Goldman, Esq., Pullman & Comley, LLC, special counsel to the Trustee, igoldman@pullcom.com; and (ii) Howard P. Magaliff, Esq., attorney for the Trustee, *hmagaliff@r3mlaw.com*, so as to be actually received no later than November 12, 2026 at 5:00 PM.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: October 30, 2026


**PULLMAN & COMLEY, LLC**
*Special Litigation Counsel for the Trustee*

By: /s/ Irve J. Goldman
Irve J. Goldman
Kristin B. Mayhew
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203.330.2213 | igoldman@pullcom.com

R3M LAW, LLP
Attorneys for the Trustee

By: /s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*