Hearing Date and Time: November 19, 2026 at 10:00 a.m.

Bijan Amini
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
Attorneys for John Fareri, Julie Fareri and Christopher Sheskier

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE GATEWAY DEVELOPMENT GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-22304 (SHL)<br><br>Re: ECF #167 ("Motion") |

**STATEMENT OF JOHN FARERI, JULIE FARERI AND CHRISTOPHER SHESKIER IN SUPPORT OF TRUSTEE'S MOTION**

John Fareri, Julie Fareri and Christopher Sheskier (together the "Fareri Interested Parties"), by counsel, submit this statement to express their support for the Motion of Howard P. Magaliff, Chapter 7 trustee ("Trustee"), concerning interpretation of Section 4.2(b) of the Court-approved (ECF #159) settlement agreement (ECF #156 Exhibit 1, "Settlement Agreement"). The Settlement Agreement was extensively negotiated over a lengthy period of time, with all parties having the benefit of multiple counsel, as well as tax advisors and certified public accountants, participating in that endeavor. It was approved without objection by all interested parties including James Carnicelli, Jr. The Trustee's proposed tax treatment of all amounts paid into the estate and to Mr. Carnicelli as ordinary income is fully consistent with the terms of the Settlement Agreement; and any other tax treatment would be inconsistent with the terms of that agreement. Moreover, any change to the tax treatment of the amounts paid to Mr. Carnicelli under the Settlement Agreement amounts to little more than an effort by the recipient of those monies to unfairly and illogically

shift any tax burden resulting from his financial windfall to the individual(s) who are paying the funds into the bankruptcy estate.

WHEREFORE, the Fareri Interested Parties concur in full with the Trustee's interpretation and construction of Section 4.2(b) of the Court-approved Settlement Agreement as well as the Trustee's intended tax treatment as outlined in his Motion and ask the Court to enter the Order annexed to the Motion (ECF #167-5).

Dated: New York, NY
November 12, 2026

Amini LLC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
Attorneys for John Fareri, Julie Fareri and Christopher Sheskier

Of counsel:

Richard P. Colbert
Day Pitney LLP
One Stamford Plaza
7th Floor
Stamford, CT 06901
(203) 977-7375
rpcolbert@daypitney.com

Eric D. Grayson
Grayson & Associates, PC
175 West Putnam Avenue
Greenwich, CT 06830
(203) 622-8100
ericgrayson@graysonlaw.com